AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED

OCT – 5 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MAXIMO ZACARIAS, ISMAEL ALEXIS MARTINEZ, and BERNACIO SOLARES RAMON | ) ) ) | Case No. 2:23-mj-194 |
| | ) ) ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 27, 2023_____ in the county of _____Norfolk_____ in the _____Eastern_____ District of _____Virginia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. 70503(a)(1) | Possession with intent to distribute 1000 kilograms or more of a mixture and substance containing a detectible amount of Marihuana, on board a vessel subject to the jurisdiction of the United States and elsewhere within the jurisdiction of this Court. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kevin M. Comstock, AUSA

_____
*Complainant's signature*

DEA SA Dustin Hoertt
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____10/05/2023_____

_____
*Judge's signature*

City and state: _____Norfolk, Virginia_____

Magistrate Judge Robert J. Krask
*Printed name and title*